FILED: October 13, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2030
(1:20-cv-01397-CMH-TCB)

_____

KESHA T. WILLIAMS

        Plaintiff - Appellant

v.

STACEY A. KINCAID, in her official capacity; XIN WANG, NP, in her individual and official capacities; DEPUTY GARCIA, in his individual and official capacities

        Defendants - Appellees

_____

O R D E R
_____

The court grants an extension of the briefing schedule. Any further request for an extension of time in which to file the opening brief and joint appendix shall be disfavored. The briefing schedule is extended as follows:

    Joint appendix due: 12/01/2021

    Opening brief due: 12/01/2021

    Response brief due: 12/29/2021

    Any reply brief: 21 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk